**Albert J. WEEDEN**

v.

**Renee L. WEEDEN.**

No. 82–230–M.P.

Supreme Court of Rhode Island.

June 9, 1982.

Kenneth J. Macksoud, Providence, for petitioner.

Rogeriee Thompson, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

## POLICE AND FIREFIGHTERS RETIREMENT ASSOCIATION OF PROVIDENCE et al.

v.

**John H. NORBERG, Tax Administrator.**

No. 82–224–M.P.

Supreme Court of Rhode Island.

June 9, 1982.

McKenna, Greenwood & Feinstein, Keven A. McKenna, Providence, for petitioner.

Dennis J. Roberts, II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer, Division of Taxation, for respondent.

## ORDER

The petition for writ of certiorari is granted.

**STATE**

v.

**William SUNDEL et al.**

No. 82–220–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

Dennis J. Roberts II, Atty. Gen., Kenneth P. Madden, Asst. Atty. Gen., for plaintiff-respondent.

Temkin & Miller, James H. Leavey, Providence, for defendant-petitioner Sundel, John A. O'Neill, Jr., Providence, for defendant-petitioner Nelson.

## ORDER

The petition for writ of certiorari is granted. The stay entered in this case on May 21, 1982 is continued until further order of this court.